**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:04-cv-1809-JDT-WTL |
| vs. | ) | IP 02-CR-129-01-T/F |
| | ) | |
| WILLIAM J. JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**E N T R Y**

The defendant's "petition to correct petitioner error" filed on October 12, 2005, is **granted.** As a result of this, the defendant's motion filed on September 30, 2005, is amended by interlineation to show that the word "defendant" is substituted for the word "plaintiff" wherever the word "plaintiff" appears in that motion.

**IT IS SO ORDERED.**

Date: _10/18/2005_
 _____

John Daniel Tinder, Judge
United States District Court

Copies to:

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048

William J. Jones
DOC # 06984-028
USP
P.O. Box 33
Terre Haute, IN 47808