UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | 1:04-cv-1809-JDT-WTL |
| vs. ) | IP 02-CR-129-01-T/F |
| ) | |
| WILLIAM J. JONES, ) | |
| ) | |
| Defendant. ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The defendant's report of his change of address is **noted.**

2. The "motion for expedite expanding the record" filed by the defendant on October 19, 2005, is **denied.** The reasons for this ruling are that (1) the action is closed, with final judgment having been entered on the clerk's docket on September 21, 2005, (2) the precise materials with which the defendant now seeks to expand the record were attached to his "motion for justice" filed on August 12, 2005, and thus were considered by the court in resolving the claims presented in the defendant's motion for relief pursuant to 28 U.S.C. § 2255, and (3) the precise materials appended to the motion filed on October 19, 2005, were appended to his "motion for expedite [sic] expanding the record" filed on September 30, 2005, which was properly denied on October 11, 2005.

**IT IS SO ORDERED.**

John Daniel Tinder, Judge
United States District Court

Date: 11/08/2005

Copies to:

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048

William J. Jones
Reg. No. 06984-028
611 N. Capitol St.
Indianapolis, IN 46204