**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | 1:04-cv-1809-JDT-WTL |
| vs. | ) | IP 02-CR-129-01-T/F |
| | ) | |
| WILLIAM J. JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**E N T R Y**

The defendant's motion filed on December 15, 2005, to determine the status of his filing of November 21, 2005, is **granted.**

The defendant's supplement filed on November 21, 2005, shall be **entered on the docket** and a copy of such filing shall be included with the distribution of this Entry.

The defendant's supplement filed on November 21, 2005, was signed by him nearly two full months after the September 20, 2005, decision denying his motion for relief pursuant to 28 U.S.C. § 2255. Under the law of this Circuit, "a party cannot request leave to amend following a final judgment unless that judgment has been vacated." *Weiss v. Cooley,* 230 F.3d 1027, 1034 (7th Cir. 2000). The final *Judgment* in this action has not been vacated. Accordingly, relief sought by the defendant in his supplement filed on November 21, 2005, is **denied.**

**IT IS SO ORDERED.**

_____
John Daniel Tinder, Judge
United States District Court

Date:  01/03/2006

Copies to:

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048

William J. Jones
1216 N. Holmes
Indianapolis, IN 46222

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**